```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-                                              21-cr-00685 (VSB)

RIFAT KADRIC                                     ORDER

  Defendant.

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 42265-509, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

SO ORDERED.

Dated: December 10, 2021
       New York, New York

VERNON S. BRODERICK
United States District Judge